# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: JEROME BALL  
      KIMBERLY BALL  
      Debtor(s)

Case No.: 10-31618-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Stuart C. Cox, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2010.
2) The plan was confirmed on 01/13/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2011.
5) The case was dismissed on 09/16/2011.
6) Number of months from filing or conversion to last payment: 9.
7) Number of months case was pending: 14.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 15,428.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $3,790.00 |
| Less amount refunded to debtor: | $470.00 |
| **NET RECEIPTS:** | $3,320.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,780.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $239.06 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $3,019.06 |

Attorney fees paid and disclosed by debtor: $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A.F.N.I. | Unsecured | NA | NA | NA | .00 | .00 |
| ABC MOTORS | Secured | 5,800.00 | 5,689.29 | 5,689.29 | .00 | 242.15 |
| ARMED FORCES BANK, N.A. | Unsecured | 354.00 | 782.64 | 782.64 | .00 | .00 |
| ASSET ACCEPTANCE CORP. | Unsecured | 245.00 | 245.13 | 245.13 | .00 | .00 |
| ASSET ACCEPTANCE CORP. | Unsecured | 423.00 | 435.36 | 435.36 | .00 | .00 |
| ASSET ACCEPTANCE, L.L.C. | Unsecured | NA | NA | NA | .00 | .00 |
| BALLY TOTAL FITNESS | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 181.00 | NA | NA | .00 | .00 |
| CALIFORNIA STUDENT AID COMMISS | Unsecured | 1,002.00 | 1,002.00 | 1,002.00 | .00 | .00 |
| CALIFORNIA STUDENT AID COMMISS | Unsecured | 847.00 | 847.00 | 847.00 | .00 | .00 |
| CARLOS A. MIRANDA, III, P.C. | Unsecured | NA | NA | NA | .00 | .00 |
| CASA RENTALS | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: JEROME BALL  
      KIMBERLY BALL  
      Debtor(s)

Case No.: 10-31618-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHARTER ONE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| COMCAST CABLE | Unsecured | 81.00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO SERVICES | Unsecured | 5,640.00 | 5,640.71 | 5,640.71 | .00 | .00 |
| COX COMMUNICATION | Unsecured | NA | NA | NA | .00 | .00 |
| DEBRA CRUME | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| DEPARTMENT OF VETERANS AFFAIRS | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| DEVRY INC. | Unsecured | NA | NA | NA | .00 | .00 |
| DEVRY UNIVERSITY | Unsecured | 690.00 | 636.16 | 636.16 | .00 | .00 |
| DEVRY UNIVERSITY | Unsecured | NA | 690.92 | 690.92 | .00 | .00 |
| E.C.M.C. | Unsecured | 3,571.00 | 7,955.96 | 7,955.96 | .00 | .00 |
| E.R. SOLUTIONS, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| EDWARD BALL | Unsecured | 500.00 | NA | NA | .00 | .00 |
| F.H.A./H.U.D. | Unsecured | NA | NA | NA | .00 | .00 |
| FOUNDATION EMERGENCY SVC | Unsecured | 464.00 | NA | NA | .00 | .00 |
| FOUNDATION EMERGENCY SVC | Unsecured | NA | NA | NA | .00 | .00 |
| HIGHER EDUCATION STUDENT ASSIST | Unsecured | NA | NA | NA | .00 | .00 |
| HOLLYWOOD ENTERTAINMENT CO. | Unsecured | 194.00 | NA | NA | .00 | .00 |
| HUMPTY DUMPTY DAYCARE | Unsecured | 800.00 | NA | NA | .00 | .00 |
| ILLINOIS STUDENT ASSIST. COMM. | Unsecured | 1,885.00 | 2,289.86 | 2,289.86 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNATIONAL CASH ADVANCE | Unsecured | 893.00 | NA | NA | .00 | .00 |
| INTERNATIONAL CASH ADVANCE | Unsecured | NA | NA | NA | .00 | .00 |
| JUST MILITARY LOANS | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| K-MART CORPORATION | Unsecured | 89.00 | NA | NA | .00 | .00 |
| KMART/CLAIMS ACCOUNTING | Unsecured | NA | NA | NA | .00 | .00 |
| LAS PALMAS MEDICAL CENTER | Unsecured | 240.00 | NA | NA | .00 | .00 |
| LITTLE CO. OF MARY HOSPITAL | Unsecured | 50.00 | NA | NA | .00 | .00 |
| MILITARY CREDIT SVC | Secured | 1,048.00 | 1,150.71 | 1,150.71 | .00 | 50.30 |
| MILITARY STAR | Unsecured | 194.00 | NA | NA | .00 | .00 |
| PALISADES ACQUISITION | Unsecured | NA | 3,846.58 | 3,846.58 | .00 | .00 |
| PARAMOUNT RECOVERY SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| PERSONAL CREDIT PLAN, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| PIONEER MILITARY LENDING | Unsecured | 1,999.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| R.J.M. ACQUISITIONS LLC | Unsecured | 87.00 | 87.35 | 87.35 | .00 | .00 |
| R.J.M. ACQUISITIONS LLC | Unsecured | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING, L.L.C. | Unsecured | 161.00 | 161.42 | 161.42 | .00 | .00 |
| RUSHFAIR VILLA APARTMENTS | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| S.B.C. | Unsecured | 245.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS  
EL PASO DIVISION

In re: JEROME BALL  
      KIMBERLY BALL  
          Debtor(s)

Case No.: 10-31618-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Unsecured | 6,316.00 | 8,230.99 | 8,230.99 | .00 | .00 |
| SENEX SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| SOUTHWESTERN BELL | Unsecured | NA | NA | NA | .00 | .00 |
| SPRINT | Unsecured | NA | NA | NA | .00 | .00 |
| SPRINT NEXTEL | Unsecured | 212.00 | 212.71 | 212.71 | .00 | .00 |
| SPRINT P.C.S. | Unsecured | NA | NA | NA | .00 | .00 |
| SPRINT P.C.S. CUSTOMER CARE | Unsecured | 706.00 | NA | NA | .00 | .00 |
| SPRINT PCS | Unsecured | 536.00 | 711.30 | 711.30 | .00 | .00 |
| SPRINT PCS | Unsecured | NA | NA | NA | .00 | .00 |
| STATE OF NEW JERSEY TREASURER | Unsecured | 7,731.00 | 8,598.48 | 8,598.48 | .00 | .00 |
| TIME WARNER COMMUNICATIONS | Unsecured | 411.00 | NA | NA | .00 | .00 |
| TIME WARNER COMMUNICATIONS | Unsecured | NA | NA | NA | .00 | .00 |
| TIME WARNER COMMUNICATIONS | Unsecured | 1,215.00 | 1,665.00 | 1,665.00 | .00 | .00 |
| T-MOBILE USA INC. | Unsecured | 800.00 | 427.13 | 427.13 | .00 | .00 |
| U.S. ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| U.S. ATTORNEY/FHA/HUD/VA/IRS | Unsecured | NA | NA | NA | .00 | .00 |
| U.S. CELLULAR | Unsecured | 766.00 | NA | NA | .00 | .00 |
| U.S. CELLULAR CHICAGO | Unsecured | NA | NA | NA | .00 | .00 |
| U.S. DEBT | Unsecured | 200.00 | NA | NA | .00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | NA | 3,580.61 | 3,580.61 | .00 | .00 |
| U.S.A. DISCOUNTERS | Secured | 2,676.00 | 2,660.52 | 200.00 | .00 | 8.49 |
| U.S.A. DISCOUNTERS | Unsecured | NA | 2,460.52 | 2,460.52 | .00 | .00 |
| U.S.A.A. | Unsecured | 370.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | NA | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | NA | NA | NA | .00 | .00 |
| VETERANS ADMINISTRATION | Unsecured | NA | NA | NA | .00 | .00 |
| WEE CARE | Unsecured | 560.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 158.00 | 158.41 | 158.41 | .00 | .00 |
| WESTERN TRUCK SALES | Secured | 6,000.00 | 10,357.66 | 10,357.66 | .00 | .00 |
| WORLD ACCEPTANCE CORP. | Unsecured | 475.00 | 616.82 | 616.82 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: JEROME BALL  
      KIMBERLY BALL  
      Debtor(s)

Case No.: 10-31618-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD VICTORY DAYCARE | Unsecured | 540.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 16,046.95 | .00 | 242.15 |
| All Other Secured: | 1,350.71 | .00 | 58.79 |
| **TOTAL SECURED:** | 17,397.66 | .00 | 300.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 51,283.06 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,019.06 |
| Disbursements to Creditors: | $300.94 |
| **TOTAL DISBURSEMENTS:** | $3,320.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/11/2011      By: /s/Stuart C. Cox  
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.